UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7A

| | |
|---|---|
| CANADIAN SOLAR INTERNATIONAL LIMITED<br><br>                              Plaintiff,<br><br>     v.<br><br>UNITED STATES<br><br>                              Defendant. | Court No.  23-00195 |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 12/15/2023

/s/ Jonathan T. Stoel
Attorney for Plaintiff

555 Thirteenth Street, NW
Street Address

Washington, DC 20004
City, State and Zip Code

+1-202-637-6634
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____    Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk